# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAHL M. PARKER, | ) | |
| Plaintiff, | ) | 2:11-cv-00267-PMP-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| NEPHCARE MED. GROUP, *et al.*, | ) | |
| Defendants. | ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On April 21, 2011, the court dismissed plaintiff's complaint with leave to amend (docket #2). The court directed plaintiff to file his amended complaint, if any, within thirty (30) days. The Order was served on plaintiff at his address of record.

More than the allotted time has passed, and plaintiff has not filed an amended complaint, nor responded to the court's Order in any manner. Accordingly, this action must be dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: June 10, 2011.

_____
PHILIP M. PRO
United States District Judge